# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHANNA JAGODA,

    Plaintiff,

v.                                          Case No: 8:25-cv-79-JSM-NHA

BURTON CAROL MANAGEMENT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, , TRANS UNION LLC, and SHELLY FOUGEROUSSE,

    Defendants.

_____

## ORDER

The Court has been advised via a Notice of Settlement (Dkt. 26) that the above-styled action has been settled as to Defendant Trans Union LLC. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Trans Union LLC and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Trans Union LLC. The Clerk is directed to terminate Defendant Trans Union LLC from the case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of February, 2025.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record